# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV03-6365-CAS(PJWx) | Date | December 27, 2007 |
|---|---|---|---|
| Title | *WILLIAM HABLINSKI ARCHITECTURE v. AMIR CONSTRUCTION, INC., ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Bezek<br>Roger Behle, Jr. | Richard Sybert |

**Proceedings:**   ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL/CRIMINAL CONTEMPT

Hearing held and counsel are present. The defendants are also present. The Court confers with counsel. The Court orders the documents regarding the purchase to be provided to plaintiff's counsel and to the Court forthwith. The Court further orders defendants to deposit $4,500,000.00 in an interest bearing, two (2) signature account with Co-America Bank on or before January 15, 2008. Counsel for defendant, Richard Sybert, and the Court shall have the two (2) signature authority on the account. The Court reserves judgment on whether the defendants should be held in civil/criminal contempt and the Court takes this matter under submission. As to plaintiff's request for attorneys' fees, plaintiff shall file a formal motion for attorneys' fees to be heard no sooner than February 2008.

cc:   Counsel

|   | 00 | : | 27 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |